# EXHIBIT I
## Part 1 of 3

US006963908B1

(12) **United States Patent** (10) **Patent No.:** **US 6,963,908 B1**

Lynch et al. (45) **Date of Patent:** **Nov. 8, 2005**

(54) **SYSTEM FOR TRANSFERRING CUSTOMIZED HARDWARE AND SOFTWARE SETTINGS FROM ONE COMPUTER TO ANOTHER COMPUTER TO PROVIDE PERSONALIZED OPERATING ENVIRONMENTS**

(75) Inventors: **Gerard D. Lynch**, Newburyport, MA (US); **Dana Bruce Berenson**, Bradford, MA (US); **Andrew Shay Woodard**, Raleigh, NC (US)

(73) Assignee: **Symantec Corporation**, Cupertino, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 640 days.

(21) Appl. No.: **09/709,505**

(22) Filed: **Nov. 13, 2000**

**Related U.S. Application Data**

(60) Provisional application No. 60/192,860, filed on Mar. 29, 2000.

(51) Int. Cl.$^7$ ........................................... **G06F 15/177**

(52) U.S. Cl. ...................... **709/220**; 709/221; 709/222

(58) Field of Search ................................. 709/220, 221, 709/226, 229, 222; 370/351; 358/500; 710/15; 719/313

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,845,282 A | 12/1998 | Alley et al. | .................... 707/10 |
| 5,872,966 A | * 2/1999 | Burg | .......................... 719/313 |
| 5,996,012 A | * 11/1999 | Jarriel | ........................ 709/226 |
| 6,012,130 A | 1/2000 | Beyda et al. | ................ 711/173 |
| 6,088,732 A | * 7/2000 | Smith et al. | ............... 709/229 |
| 6,091,518 A | * 7/2000 | Anabuki | ...................... 358/500 |
| 6,161,176 A | 12/2000 | Hunter et al. | ................ 713/1 |
| 6,182,212 B1 | 1/2001 | Atkins et al. | ................ 713/1 |
| 6,185,598 B1 | 2/2001 | Farber et al. | ............... 709/200 |

| | | | |
|---|---|---|---|
| 6,202,206 B1 | 3/2001 | Dean et al. | ................... 717/11 |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 1 173 809 B1 | 4/2003 |

OTHER PUBLICATIONS

Box et al., *Simple Object Access Protocol* (*SOAP*) *1.1*, W3C Note May 8, 2000, pp. 1-32.

*Primary Examiner*—Le Hien Luu

(74) *Attorney, Agent, or Firm*—Gunnison, McKay & Hodgson, L.L.P.

(57) **ABSTRACT**

A method and system for transferring information from a first computer-based device to a web site, for temporary storage and later transfer of the stored information from the web site to a second computer-based device. First, a communication link is established between a first computer-based device and the web site. Next, the first computer-based device is scanned, via the web site, to determine the information contained on the first computer-based device. The user then selects which of the scanned information is to be uploaded from the first computer-based device onto the web site for temporary storage. Finally, the selected information is transferred from the first computer-based device onto the web site for temporary storage. Once retrieval of the temporarily stored information is desired, the user establishes a communication link between a second computer-based device and the web site. The second computer-based device is scanned, via the web site, to determine the information contained on the second computer-based device. The temporarily stored information, from the first computer-based device on the web site, is then displayed to the user and the user selects which of this temporary information, from the first computer-based device, is to be downloaded from the web site onto the second computer-based device. The selected information is finally downloaded from the website onto the second computer-based device.

**69 Claims, 30 Drawing Sheets**



**US 6,963,908 B1**

Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,311,180 B1 | 10/2001 | Fogarty | 707/4 |
| 6,336,124 B1 | 1/2002 | Alam et al. | 707/523 |
| 6,370,646 B1 | 4/2002 | Goodman et al. | 713/100 |
| 6,377,927 B1 | 4/2002 | Loghmani et al. | 704/275 |
| 6,477,565 B1 | 11/2002 | Daswani et al. | 709/217 |
| 6,546,002 B1 * | 4/2003 | Kim | 370/351 |
| 6,556,217 B1 | 4/2003 | Makipaa et al. | 345/667 |
| 6,593,943 B1 | 7/2003 | MacPhail | 345/734 |
| 6,609,162 B1 * | 8/2003 | Shimizu et al. | 710/15 |
| 6,654,814 B1 | 11/2003 | Britton et al. | 709/246 |
| 6,735,691 B1 | 5/2004 | Capps et al. | 713/1 |
| 6,766,298 B1 | 7/2004 | Ravishankar et al. | 704/270.1 |
| 2002/0104080 A1 | 8/2002 | Woodward et al. | 717/176 |
| 2002/0111972 A1 | 8/2002 | Lynch et al. | 707/523 |
| 2003/0159028 A1 | 8/2003 | Mackin et al. | 713/100 |

* cited by examiner



FIG. 1



FIG. 2



FIG. 3a



FIG. 3b



FIG. 4a



FIG. 4b



FIG. 5



FIG. 6



FIG. 7



FIG. 8

900



START

CHOOSE AN APPLICATION WHICH
NEEDS SETTINGS MOVED
<u>902</u>

INSTALL THE APPLICATION VIA
INSTMON
<u>904</u>

IDENTIFY BASE KEYS IN THE REGISTRY
OF COMPUTER 100
<u>905</u>

CHECK FOR VERSION KEYS
<u>906</u>

CHECK FOR EXE
<u>908</u>

IDENTIFY SETTINGS TO BE MOVED BY
ANY OF:

1. Start of application
2. look in registry under root keys
identified in the last stage
3. Perform search for setting    <u>910</u>

STORE SETTINGS IN COMMAND TABLE
<u>912</u>

END

FIG. 9



FIG. 10



FIG. 11



FIG. 12



FIG. 13

FIG. 14

FIG. 15

PCMovingVan–Decision–Microsoft Internet Explorer

pcmovingvan™

Loading dock

BETA v3.10

Logged in as: ram@lacasse-patents.com

control panel
change your password
Undo Lost Unload
Logout

From here you can load a new van or unload on existing van. You also have the ability to delete or rename your old vans. If you want to undo your last unload, use the "Undo Lost Unload" option in the control panel.

You have no vans.

Please begin by creating a van.

new van
unload van
delete van
rename van

© 2000 PCMovingVan, Inc. All rights reserved.

FIG. 16

FIG. 17

PCMovingVan—Initialize New Load for Van 1—Microsoft Internet Explorer

Logged in as:  ram@lacasse-patents.com

pcmovingvan™

Loading

BETA v3.10

control panel
change your password
Undo Last Unload
Logout

You are about to download the latest PCMovingVan plugin. This creates the packing list for your van. The Packing List shows you all of the settings PCMovingVan will move for you.

To get the plugin, please continue to the next page. You may see a Security dialog box to confirm your download request. If you see the Security dialog box, click "Yes" to continue.

continue ◎

© 2000 PCMovingVan, Inc. All rights reserved.

FIG. 18

PCMovingVan–Install Load for Van–Microsoft Internet Explorer

Security Warning

Do you want to install and run
"http://secure.remove.com/packages/PCMV.cab"
signed on 8/18/00 10:21 AM and distributed by

PCMovingVan, Inc.

Publisher authenticity verified be VeriSign Commercial
Software Publishers CA

Caution: PCMovingVan, Inc. asserts that the content is
safe. You should only install/view the content if you trust
PCMovingVan, Inc. to make that assertion.

☐ Always trust content from PCMovingVan, Inc.

Yes

No

More Info

FIG. 19



PCMovingVan-Load Review Results for Van 1-Microsoft Internet Explorer

Logged in as: ram@lacasse-patents.com

pcmovingvan™

BETA v3.10

packing list™

control panel
change your password
Undo Last Unload

Logout

Please use the checkboxes to select the settings you want to move.
Remember, PCMovingVan does not move the application itself, only the
settings.

You also have the ability to add files to your van.

add files

Packing List

☑ ☐ Operating System
☐ ☑ Internet
☐ ☑ Email
☐ ☑ Productivity
☐ ☑ Entertainment
☐ ☑ Graphic Design

continue ◎

© 2000 PCMovingVan, Inc. All rights reserved.

FIG. 20

© 2000 PCMovingVan, Inc. All rights reserved.



FIG. 21

FIG. 22

FIG. 23

PCMovingVan–PostUnload for Van 1–Microsoft Internet Explorer

BETA v3.10

You have been logged out.

"Van 1" has been unloaded to your computer. We recommend that you restart your computer now.

Thanks you for using TheVan, the world's first & finest online settings migration solution.

Close this window

© 2000 PCMovingVan, Inc. All rights reserved.

FIG. 24

PCMovingVan-Decision—Microsoft Internet Explorer

Logged in as: ram@acasse-patents.com

BETA v.3.10

pcmovingvan

Loading dock!

From here you can load a new van or unload an existing van. You also have the ability to delete or rename your old vans. If you want to undo your last unload, use the "Undo Lost Unload" option in the control panel.

Select a van:

Van 1

new van
unload van
delete van
rename van

control panel
change your password
Undo Lost Unload
Logout

© 2000 PCMovingVan, Inc. All rights reserved.

FIG. 25

**PCMovingVan-Initialize Unload for Van 1-Microsoft Internet Explorer**

Logged in as: ram@acasse-patents.com

pcmovingvan™

Unloading

BETA v3.10

control panel
change your password
Undo Last Unload
Logout

You are about to download the latest PCMovingVan plugin. This creates the packing list for your van. The Packing List shows you all of the settings PCMovingVan will move for you.

To get the plugin, please continue to the next page. You may see a Security dialog box to confirm your download request. If you see the Security dialog box, click "Yes" to continue.

continue ◎

© 2000 PCMovingVan, Inc. All rights reserved.

FIG. 26



PCMovingVan-Unload Review Results for Van 1-Microsoft Internet Explorer

Logged in as: rcm@lacasse-patents.com

pcmovingvan™

Unloading

BETA v3.10

Here is your Packing List of settings and files contained in your van.

(Remember, PCMovingVan DOES NOT move the application itself, only the settings, preferences, and copies of files you have specified.)

There may be other settings in this van that are not shown here. If so, they won't be unloaded because you don't have the application(s) installed on this computer.

control panel
change your password
Undo Last Unload
Logout

**Packing List**

- ☐ Operating System
- ☐ Internet
- ☐ Email
- ☐ Productivity
- ☐ Entertainment
  - ☑ Microsoft CD Player
  - ☐ Windows Media Player 6.4
  - ☐ winamp
  - ☑ Graphic Design

continue ◉

© 2000 PCMovingVan, Inc. All rights reserved.

FIG. 27

FIG. 28

PCMovingVan-PostLoad for Van 1-Microsoft Internet Explorer

BETA v3.10

You have been logged out.

We've loaded the Van named "Van 1".

Visit us at PCMovingVan.com at any time to unload your van.

Close this window

loading

pcmovingvan™

© 2000 PCMovingVan, Inc. All rights reserved.