# EXHIBIT I
## Part 3 of 3

US 6,963,908 B1

23

mented on a conventional IBM PC or equivalent, multi-nodal system (e.g. LAN) or networking system (e.g. Internet, WWW, wireless web). All programming, GUIs, display panels and dialog box templates, and data related thereto are stored in computer-based device memory, static or dynamic, and may be retrieved by the user in any of: conventional computer-based device storage, display (i.e. CRT) and/or hardcopy (i.e. printed) formats. The programming of the present invention may be implemented by one of skill in the art of graphics or object-oriented programming.

The main toolsets used for development and construction of a production present invention system are, but not limited to (functionally equivalent programs can be interchanged or added without departing from the scope of the present invention as the exact hardware needs will vary as load testing indicates the capacity of each module. Another consideration is forecasting of the customer base growth rate.):

    Visual Basic®6.0 SP3 for creating the administrative and management tools

    Visual C++® 6.0 SP3 for creating the CAD

    Visual InterDev® 6.0 SP3 for creating the ASP files used by the Web Application Servers

    Visual SourceSafe® 6.0 SP3 for source and version control

    Crystal Reportsg® 7 MR1 for creating reports

CONCLUSION

A system and method has been shown in the above embodiments for the effective implementation of a system for transporting application settings, files and other data from one computer-based device to another computer-based device. While various preferred embodiments have been shown and described, it will be understood that there is no intent to limit the invention by such disclosure, but rather, it is intended to cover all modifications and alternate constructions falling within the spirit and scope of the invention, as defined in the appended claims. For example, the present invention should not be limited by software/program (e.g., ActiveX ATL control), computing environment, specific computing hardware or GUI templates.

We claim:

1. A method for transferring the look and feel of at least a first computer-based device to remote computer-based storage, said transfer across HTTP-based networks, said method comprising:

    a. downloading a software component to manipulate settings;

    b. remotely analyzing said first computer-based device to discover hardware and software settings applicable to said look and feel of said first computer-based device, wherein said settings comprise hardware settings, system settings, attached device settings, application settings, document settings, desktop settings, files, data, e-mail settings, address book settings, bookmarks, and cookies;

    c. listing settings available for transfer;

    d. downloading instructions to said software component to locate, extract and transfer specified settings from said listed settings, and

    e. storing and uniquely identifying said transferred settings in said remote storage.

2. A method for transferring the look and feel of at least a first computer-based device to remote computer-based

24

storage, as per claim 1, wherein said listing of settings includes supplying an HTML document displaying said list.

3. A method for transferring the look and feel of at least a first computer-based device to remote computer-based storage, as per claim 1, wherein said stored settings are retrieved by one or more requesting devices from said remote storage as identified by said unique identification.

4. A method for transferring the look and feel of at least a first computer-based device to remote computer-based storage, as per claim 3, wherein said retrieval by said one or more requesting devices from said remote storage includes repeating a–c for the requesting device.

5. A method for transferring the look and feel of at least a first computer-based device to remote computer-based storage, as per claim 4, wherein said retrieval by said one or more requesting devices from said remote storage further includes: loading and installing on said requesting device a compatible version of said identified stored settings to provide said look and feel of said first computer-based device to said requesting device.

6. A method for transferring the look and feel of at least a first computer-based device to remote computer-based storage, as per claim 1, wherein said HTTP-based network comprises the Internet.

7. A method for transferring the look and feel of at least a first computer-based device to remote computer-based storage, as per claim 1, wherein said HTTP-based network comprises any of the following networks: Internet, LAN, WAN, virtual LAN, wireless web, or telecommunications based.

8. A method for transferring the look and feel of at least a first computer-based device to remote computer-based storage, as per claim 1, wherein said downloaded instructions comprise mark-up based directives comprises any of the following formats: XML, SGML or HTML.

9. A method for transferring the look and feel of at least a first computer-based device to remote computer-based storage, as per claim 8, wherein said mark-up based directives comprise XML tags which are parsed and executed as per said software component during said locating and extracting.

10. A method for transferring the look and feel of at least a first computer-based device to remote computer-based storage, as per claim 1, wherein said at least a first computer-based device comprises one or more of the following: personal computer systems, laptops, portable computers, net devices, palm computers, and Web and WAP phones.

11. A method for transferring the look and feel of at least a first computer-based device to remote computer-based storage, said transfer across the Internet, said method comprising:

    downloading a software component to manipulate settings;

    remotely analyzing said first computer-based device to discover hardware and software settings applicable to said look and feel of said first computer-based device, wherein said settings comprising hardware settings, system settings, attached device settings, application settings, document settings, desktop settings, files, data, e-mail settings, address book settings, bookmarks, and cookies;

    listing settings available for transfer;

    downloading instructions to said software component to locate, extract and transfer specified settings from said listed settings, said instructions comprising one or more parsed XML directives including XML tags identifying at least type and location of desired settings, and storing

said transferred settings and a unique identifier across said Internet to said remote storage.

**12.** A method for transferring the look and feel of at least a first computer-based device to remote computer-based storage, as per claim **11**, wherein said stored settings are retrieved by one or more requesting devices from said remote storage as identified by said unique identifiers, said retrieval by said one or more requesting devices from said remote storage including repeating a–c for the requesting device and further including loading and installing on said requesting device a compatible version of said identified stored settings to provide said look and feel of said first computer-based device to said requesting device.

**13.** A system for transferring across a network, computer-based settings, files, and other data, said system comprising:

   a network server and associated computer storage, said network server receiving requests from one or more computer-based devices for transfer of said computer-based settings, files, and other data;

   at least a first software plug-in, downloadable from said network server to said requesting computer-based device(s);

   one or more mark-up based directive(s) sent from said network server and operative with said downloaded first software plug-in at said requesting computer-based device(s), and

   wherein, in a load mode, said one or more mark-up based directive(s) are parsed and processed by said first software plug-in to return to said associated computer storage, a selected group of settings, files, and other data associated with said requesting computer-based device(s), wherein said settings comprise hardware settings, system settings, attached device settings, application settings, document settings, desktop settings, files, data, e-mail settings, address book settings, bookmarks, and cookies, and in an unload mode, said one or more mark-up based directive(s) are parsed and processed by said first software plug-in to load and install a version of one or more of selected groups stored within said associated computer storage to said requesting computer-based device(s).

**14.** A system for transferring across a network, computer-based settings, files, and other data, as per claim **13**, wherein said network utilizes the HTTP protocol.

**15.** A system for transferring across a network, computer-based settings, files, and other data, as per claim **13**, wherein said network comprises the Internet.

**16.** A system for transferring across a network, computer-based settings, files, and other data, as per claim **13**, wherein said network comprises any of: HTTP based, Internet, LAN, WAN, virtual LAN, wireless web, or telecommunications based.

**17.** A system for transferring across a network, computer-based settings, files, and other data, as per claim **13**, wherein said mark-up based directive(s) comprise any of the following formats: XML, SGML or HTML.

**18.** A system for transferring across a network, computer-based settings, files, and other data, as per claim **13**, wherein use of said mark-up based directive(s) enables intelligent selection of a subset of available settings, files or data.

**19.** A system for transferring, across a network, computer-based settings, files, and other data, as per claim **13**, wherein said one or more computer-based devices include any of the following: personal computer systems, laptops, portable computers, net devices, palm computers, or Web and WAP phones.

**20.** A system for transferring, across a network, computer-based settings, files, and other data, as per claim **13**, wherein, in a back-up mode, a single computer-based device requests the load and, in a restore mode, the unload.

**21.** A system for transferring, across a network, computer-based settings, files, and other data, as per claim **13**, wherein said system enables personal computer upgrades by loading a first older computer's environment comprising said settings, files and other data into said associated storage and thereafter uploading a version of said environment compatible with a new personal computer.

**22.** A system for transferring, across a network, computer-based settings, files, and other data, as per claim **13**, wherein at least one of said one or more mark-up based directive(s) comprises a review directive to analyze existing computer-based settings, files, and other data on said requesting computer-based device.

**23.** A system for transferring, across a network, computer-based settings, files, and other data, as per claim **13**, wherein said system further comprises a converter to translate said stored computer-based settings, files, and other data into various device compatible formats based on said review directive.

**24.** A system for transferring, across a network, computer-based settings, files, and other data, as per claim **13**, wherein at least one of said one or more mark-up based directive(s) provides instructions to said downloaded plug-in to locate and extract computer-based settings, files, and other data from a registry and file system of said requesting computer-based device.

**25.** A system for transferring, across a network, computer-based settings, files, and other data, as per claim **13**, further comprising a graphical user interface for interactively selecting one or more computer-based settings, files, and other data for transfer.

**26.** A system for transferring, across a network, computer-based settings, files, and other data, as per claim **13**, wherein said one or more requesting computer-based devices comprise at least a first and second device with disparate operating systems and said version of one or more selected groups stored within said associated computer storage is selected by said network server to make the unload compatible with the operating system of the requesting device.

**27.** A system for transferring, across a network, computer-based settings, files, and other data, as per claim **13**, wherein said one or more requesting computer-based devices comprise at least a first and second device with disparate formats and said version of one or more selected groups stored within said associated computer storage is selected by said network server to make the upload compatible with the format of the requesting device.

**28.** A method for transferring information from a first computer-based device to a web site, for temporary storage and for later transfer of the stored information from the web site to a second computer-based device, the method comprising:

   establishing a communication link between a first computer-based device and a web site having a storage capability;

   scanning the first computer-based device, via the web site, to determine the information contained on the first computer-based device, wherein said information comprises hardware settings, system settings, attached device settings, application settings, document settings, desktop settings, files, data, e-mail settings, address book settings, bookmarks, and cookies;

US 6,963,908 B1

27

allowing a user to select which of the scanned information, determined by the web site, is to be uploaded from the first computer-based device onto the web site for temporary storage; and

transferring the information, contained on the first computer-based device and selected by the user, onto the web site for temporary storage.

**29**. The method according to claim **28**, further comprising:

establishing communication link between a second computer-based device and the web site;

scanning the second computer-based device, via the web site, to determine information contained on the second computer-based device;

displaying the information, from the first computer-based device temporarily stored on the web site, to the user;

allowing the user to select which of the temporary information, from the first computer-based device and stored on the web site, is to be downloaded from the web site onto the second computer-based device; and

downloading the selected information from the web site onto the second computer-based device.

**30**. The method according to claim **29**, further comprising, after establishing a communication link but before scanning the second computer-based device, downloading software from the web server to the second computer-based device to facilitate interaction between the second computer-based device and the web site.

**31**. The method according to claim **29**, further comprising storing the information obtained from the second computer-based device, during the scan via the web site, in a database.

**32**. The method according to claim **29**, further comprising providing a message to the second computer-based device to indicate whether the transfer of the selected and temporarily stored information successfully occurred from the personal account of the user at the web site onto the second computer-based device.

**33**. The method according to claim **28**, further comprising, prior to scanning the first computer-based device, having the user to set up a personal account at the web server system; and

requiring the user to assign a password to the personal account at the web server system to restricted access to the personal account.

**34**. The method according to claim **33**, further comprising requiring the user to enter account number and password information, prior to the user of the second computer-based device being provided with access to the personal account of the user at the web server system.

**35**. The method according to claim **28**, further comprising, after establishing a communication link but before scanning the first computer-based device, downloading software from the web server to the first computer-based device to facilitate interaction between the first computer-based device and the web site.

**36**. The method according to claim **28**, further comprising storing the information obtained from the first computer-based device, during the scan via the web site, in a data base.

**37**. The method according to claim **28**, further comprising providing a message to the first computer-based device to indicate whether the transfer of the information, selected by the user, successfully occurred from the first computer-based device onto the web site for temporary storage.

**38**. A system for transferring information from a first computer-based device to a web site, for temporary storage

28

and for later transfer of the stored information from the web site to a second computer-based device, the system comprising:

means for establishing a communication link between a first computer-based device and a web site, the web site having storage means for temporary storage of information;

means for scanning the first computer-based device, via the web site, to determine the information contained on the first computer-based device, wherein said information comprises hardware settings, system settings, attached device settings, application settings, document settings, desktop settings, files, data, e-mail settings, address book settings, bookmarks, and cookies;

means for allowing a user to select which of the scanned information, determined by the web site, is to be uploaded from the first computer-based device onto the web site for temporary storage; and

means for transferring the information, contained on the first computer-based device and selected by the user, onto the web site for temporary storage.

**39**. The system according to claim **38**, further comprising:

means for establishing communication link between a second computer-based device and the web site;

means for scanning the second computer-based device, via the web site, to determine information contained on the second computer-based device;

means for displaying the information, from the first computer-based device temporarily stored on the web site, to the user;

means for allowing the user to select which of the temporary information, from the first computer-based device and stored on the web site, is to be downloaded from the web site onto the second computer-based device; and

means for downloading the selected information from the web site onto the second computer-based device.

**40**. The system according to claim **39**, further comprising the means for requiring the user to enter account number and password information, prior to the user of the second computer-based device being provided with access to the personal account of the user at the web server system.

**41**. The system according to claim **39**, further comprising, after establishing a communication link but before scanning the second computer-based device, means for downloading software from the web server to the second computer-based device to facilitate interaction between the second computer-based device and the web site.

**42**. The system according to claim **39**, further comprising means for storing the information obtained from the second computer-based device, during the scan via the web site, in a data base.

**43**. The system according to claim **39**, further comprising means for providing a message to the second computer-based device to indicate whether the transfer of the selected and temporarily stored information successfully occurred from the personal account of the user at the web site onto the second computer-based device.

**44**. The system according to claim **38**, further comprising, prior to scanning the first computer-based device, means for having the user set up a personal account at the web server system; and

means for requiring the user to assign a password to the personal account at the web server system to restrict access to the personal account.

**45**. The system according to claim **38**, further comprising, after establishing a communication link but before scanning

US 6,963,908 B1

29

30

the first computer-based device, means for downloading software from the web server to the first computer-based device to facilitate interaction between the first computer-based device and the web site.

46. The system according to claim 38, further comprising means for storing the information obtained from the first computer-based device, during the scan via the web site, in a database.

47. The system according to claim 38, further comprising means for providing a message to the first computer-based device to indicate whether the transfer of the information, selected by the user, successfully occurred from the first computer-based device onto the web site for temporary storage.

48. A method for transporting over a network, computer-based settings, files, and other data from a first computer-based device to remote computer-based storage, and for later transfer from said computer-based storage to at least a second computer-based device, said method performed using one or more remote servers located within said network, said method comprising:

a. establishing a communication link between said first computer-based device and at least a first of said one or more remote servers;

b. downloading at least a first of one or more software programs from said first remote server onto said first computer-based device, said first software program enabling the temporary extraction of one or more of said computer-based settings, files, and other data, wherein said settings comprise hardware settings, system settings, attached device settings, application settings, document settings, desktop settings, files, data, e-mail settings, address book settings, bookmarks, and cookies;

c. providing a user interface for selecting specific ones of said temporarily extracted computer-based settings, files, and other data for transfer to said computer-based storage;

d. upon selection, said first software program executing routines in conjunction with said first remote server to transfer said selection to said computer-based storage;

e. executing a transfer of said stored computer-based settings, files, and other data to at least a second computer-based device comprising:

f. establishing a communication link between said second computer-based device and said first remote server;

g. downloading at least a first of one or more software programs from said first remote server onto said second computer-based device;

h. said first software program enabling the transfer and installation of one or more of said stored computer-based settings, files, and other data;

i. providing a user interface for selecting specific ones of said stored computer-based settings, files, and other data for transfer to said second computer-based device;

j. upon said selection, said first software program executing routines in conjunction with said first remote server to transfer and install said selection to said second computer-based device.

49. A method for transporting over a network, computer-based settings, files, and other data as per claim 48, wherein said communications utilize the HTTP protocol.

50. A method for transporting over a network, computer-based settings, files, and other data as per claim 48, wherein said network comprises the Internet, said first remote server

comprises a web server and said first software program is downloaded via a website controlled by said web server.

51. A method for transporting over a network, computer-based settings, files, and other data as per claim 48, wherein said network comprises an enterprise network and said first remote server comprises an enterprise server.

52. A method for transporting over a network, computer-based settings, files, and other data as per claim 48, wherein said first software program utilizes at least a first directive file, in extended markup language format and creates a second directive file, in extended markup language format.

53. A method for transporting over a network, computer-based settings, files, and other data as per claim 52, wherein said first and second directive files are created using the following:

said first software program issuing a command to said first remote server;

said first remote server querying a database server regarding information on where to collect at least said settings on said first computer-based device;

said database server sending a resultant set containing said information on where to collect settings, files and other data to said first remote server;

said remote server converting said resultant set into a data stream of XML tags thereby creating said first directive;

said first software program gathering said settings, files, and other data by parsing said first directive file, and

creating said second directive file, in XML format, by encapsulating said gathered settings, files, and other data.

54. A method for transporting over a network, computer-based settings, files, and other data as per claim 53, wherein said querying said database server further comprises:

running an active server page (ASP) on said first remote server, and

creating an active data object (ADO) to transfer data regarding location of settings in said first computer-based device.

55. A method for transporting over a network, computer-based settings, files, and other data as per claim 53, wherein said issued command is a HTTP POST command.

56. A method for transporting over a network, computer-based settings, files, and other data as per claim 53, wherein said downloading said first directive file with settings information in XML tag format onto said second computer-based device is accomplished via an HTTP POST command.

57. A method for transporting over a network, computer-based settings, files, and other data as per claim 53, wherein said parsing said first or second directive files is accomplished via an XML parser.

58. A method for transporting over a network, computer-based settings, files, and other data as per claim 48, further comprising undoing said installed settings and returning to original settings upon receiving an undo command.

59. A method for transporting over a network, computer-based settings, files, and other data as per claim 48, wherein said first software program comprises a C++ plug-in.

60. A method for transporting over a network, computer-based settings, files, and other data as per claim 48, wherein said first software program further includes ActiveX support.

61. A method for transporting over a network, computer-based settings, files, and other data as per claim 48, wherein said executed routines are Javascript routines.

US 6,963,908 B1

31

**62**. A method for transporting over a network, computer-based settings, files, and other data as per claim **48**, wherein said user interface is a set of HTML pages.

**63**. A method for transporting over a network, computer-based settings, files, and other data as per claim **48**, wherein said first or second computer-based devices include any of the following: personal computer systems, laptops, portable computers, net devices, palm computers, or Web and WAP phones.

**64**. A system for transferring specified computer settings between one or more clients and one or more servers across the Internet, said system comprising:

one or more web application servers, at least one of said web application servers operatively controlling a first website;

one or more binary data servers operatively connected to said one or more web application servers;

one or more database servers operatively connected to said one or more web application servers, and

a client program downloaded to said client from said first website, said client program collecting and returning to said one or more binary data servers said specified computer settings based on parsed and executed XML directives originating from said database server and transferred to said client from said website, wherein said settings comprise hardware settings, system settings, attached device settings, application settings, document settings, desktop settings, files, data, e-mail settings, address book settings, bookmarks, and cookies.

**65**. A system for transferring specified computer settings between one or more clients and one or more servers across the Internet, as per claim **64**, wherein said client program comprises one or more of: an ATL DLL core module, web call module, file transfer module, and browser interface.

32

**66**. A system for transferring specified computer settings between one or more clients and one or more servers across the Internet, as per claim **65**, wherein said XML directives are replaced with SGML or HTML directives.

**67**. A system for transferring specified computer settings between one or more clients and one or more servers across the Internet, as per claim **65**, wherein said parsed and executed XML based directive(s) enable an intelligent subset selection of available client settings, files or data.

**68**. A system for transferring specified computer settings between one or more clients and one or more servers across the Internet, as per claim **65**, wherein said clients include any of the following: personal computer systems, laptops, portable computers, net devices, palm computers, or Web and WAP phones.

**69**. A method for transporting over an HTTP network, computer-based settings, said method performed using one or more remote servers located within said HTTP network, said method comprising:

downloading from a first of said one or more remote servers a software plug-in to a computer-based device requesting transfer of said computer-based settings, wherein said settings comprise hardware settings, system settings, attached device settings, application settings, document settings, desktop settings, files, data, e-mail settings, address book settings, bookmarks, and cookies;

using said first software plug-in to execute routines in conjunction with said first remote server to transfer said settings across said HTTP-based network.

\* \* \* \* \*