IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLOUDING IP, LLC f/k/a STEC IP, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 12-639 (LPS) |
| | ) |
| GOOGLE INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for the defendant to move, answer or otherwise respond to the First Amended Complaint is extended to October 18, 2012.

| | |
|---|---|
| BAYARD, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | |
| */s/ Stephen B. Brauerman* | */s/ Jack B. Blumenfeld* |
| Richard D. Kirk (#922) | Jack B. Blumenfeld (#1014) |
| Stephen B. Brauerman (#4952) | 1201 North Market Street |
| Vanessa R. Tiradentes (#5398) | P.O. Box 1347 |
| 222 Delaware Avenue | Wilmington, DE 19899 |
| Suite 900 | (302) 658-9200 |
| Wilmington, DE 19801 | jblumenfeld@mnat.com |
| (302) 655-5000 | |
| rkirk@bayardlaw.com | *Attorneys for Defendant* |
| sbrauerman@bayardlaw.com | |
| vtiradentes@bayardlaw.com | |

*Attorneys for Plaintiff*

SO ORDERED this _____ day of September 2012.

_____
J.