IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLOUDING IP, LLC, </br></br> Plaintiff, </br></br> v. </br></br> GOOGLE INC., </br></br> Defendant. | ) </br> ) </br> ) </br> ) </br> ) C.A. No. 12-639 (LPS) </br> ) </br> ) </br> ) </br> ) |

## DEFENDANT'S MOTION TO DISMISS
## PLAINTIFF'S CLAIMS OF WILLFUL AND INDUCED INFRINGEMENT

Pursuant to Fed. R. Civ. P. 12(b)(6), defendant Google Inc. hereby moves to dismiss the claims for willful and induced infringement, as set forth in Plaintiff's First Amended Complaint. The grounds for this motion are set forth in Google's Opening Brief, submitted herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack B. Blumenfeld

Jack B. Blumenfeld (#1014)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com

*Attorneys for Defendant*

OF COUNSEL:

Michael A. Berta
ARNOLD & PORTER LLP
Three Embarcadero Center
7th Floor
San Francisco, CA 94111-4024
(415) 471-3100

October 18, 2012
5972383.1

**CERTIFICATE OF SERVICE**

I hereby certify that on October 18, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on October 18, 2012, upon the following in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>Stephen B. Brauerman, Esquire<br>Vanessa R. Tiradentes, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL* |
| Mark C. Nelson, Esquire<br>Steven M. Geiszler, Esquire<br>C. Michael Moore, Esquire<br>Mark J. Ziegelbein, Esquire<br>SNR DENTON<br>2000 McKinney Avenue, Suite 1900<br>Dallas, TX 75201-1858 | *VIA ELECTRONIC MAIL* |
| Mark L. Hogge, Esquire<br>Shailendra K. Maheshwari, Esquire<br>SNR DENTON US LLP<br>1301 K Street NW<br>Suite 600 – East Tower<br>Washington, DC 2005-3364 | *VIA ELECTRONIC MAIL* |

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)