# Morris James LLP

Kenneth L. Dorsney
302.888.6855
kdorsney@morrisjames.com

April 26, 2013

**VIA EFILING AND HAND DELIVERY**
The Honorable Leonard P. Stark
United States District Court
844 N. King Street
Wilmington, Delaware 19801

    Re:    *Clouding IP, LLC v. Google Inc.*, C.A. No. 12-639 LPS
            *Clouding IP, LLC v. Amazon.com Inc., et al.*, C.A. No. 12-641 LPS
            *Clouding IP, LLC v. Oracle Corporation*, C.A. No. 12-642 LPS
            *Clouding IP, LLC v. Rackspace Hosting, Inc., et al.*, C.A. No. 12-675 LPS
            *Clouding IP, LLC v. Motorola Mobility, LLC*, C.A. No. 12-1078 LPS

Your Honor:

    With reference to the April 25, 2013 letter (D.I. 69) filed by plaintiff and defendant Oracle in *Clouding IP, LLC* v. *Oracle Corporation*, C.A. No. 12-642 LPS, the defendants in the related cases above will confer next week about the proposed scheduling changes and provide the Court with their respective positions as soon as possible thereafter.

                                              Respectfully,

                                              */s/ Kenneth L. Dorsney*

                                              Kenneth L. Dorsney (I.D. #3726)
                                              *kdorsney@morrisjames.com*

cc:    All counsel of record

6450964/

500 Delaware Avenue, Suite 1500  |  Wilmington, DE 19801-1494   T 302.888.6800   F 302.571.1750
**Mailing Address**  P.O. Box 2306  |  Wilmington, DE 19899-2306   www.morrisjames.com