**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CLOUDING IP, LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>GOOGLE, INC.,<br><br>        Defendant. | C.A. No. 12-639-LPS |
| CLOUDING IP, LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>AMAZON.COM, INC. AND AMAZON WEB SERVICES, LLC,<br><br>        Defendant. | C.A. No. 12-641-LPS |
| CLOUDING IP, LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>ORACLE CORPORATION,<br><br>        Defendant. | C.A. No. 12-642-LPS |
| CLOUDING IP, LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>RACKSPACE HOSTING, INC.,<br><br>        Defendant. | C.A. No. 12-675-LPS |

| | |
|---|---|
| CLOUDING IP, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MOTOROLA MOBILITY HOLDINGS, INC. AND MOTOROLA MOBILITY, INC.,<br><br>　　　　Defendant. | C.A. No. 12-1078-LPS |
| CLOUDING IP, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CNN INTERACTIVE GROUP INC.,<br><br>　　　　Defendant. | C.A. No. 12-1639-LPS |
| CLOUDING IP, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DOW JONES & COMPANY, INC.,<br><br>　　　　Defendant. | C.A. No. 12-1640-LPS |
| CLOUDING IP, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FOX NEWS NETWORK LLC,<br><br>　　　　Defendant. | C.A. No. 12-1641-LPS |

| | |
|---|---|
| CLOUDING IP, LLC,<br>　　　　　Plaintiff,<br>　　v.<br>GANNETT CO INC.,<br>　　　　　Defendant. | C.A. No. 12-1642-LPS |
| CLOUDING IP, LLC,<br>　　　　　Plaintiff,<br>　　v.<br>THEHUFFINGTONPOST.COM INC.,<br>　　　　　Defendant. | C.A. No. 12-1643-LPS |
| CLOUDING IP, LLC,<br>　　　　　Plaintiff,<br>　　v.<br>NEW YORK TIMES COMPANY,<br>　　　　　Defendant. | C.A. No. 12-1644-LPS |
| CLOUDING IP, LLC,<br>　　　　　Plaintiff,<br>　　v.<br>THOMSON REUTERS CORP. AND WEST SERVICES INC.,<br>　　　　　Defendants. | C.A. No. 12-1645-LPS |

| | |
|---|---|
| CLOUDING IP, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>TIME INC. AND TI MEDIA SOLUTIONS INC.,<br><br>        Defendants. | C.A. No. 12-1646-LPS |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE WITHDRAW the appearance *pro hac vice* of Jordan Kushner, Esquire of Russ August & Kabat on behalf of plaintiff Clouding IP, LLC. All other appearances of counsel shall remain the same. Please adjust your service lists accordingly.

| | |
|---|---|
| May 1, 2013 | BAYARD, P.A. |
| OF COUNSEL: | /s/ *Stephen B. Brauerman (sb4952)*<br>Richard D. Kirk (rk0922) |
| Marc A. Fenster<br>Jaspal S. Hare<br>RUSS, AUGUST & KABAT<br>12424 Wilshire Boulevard, Twelfth Floor<br>Los Angeles, California 90025<br>(310) 826-7474<br>mfenster@raklaw.com<br>jhare@raklaw.com | Stephen B. Brauerman (sb4952)<br>Vanessa R. Tiradentes (vt5398)<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE  19899<br>(302) 655-5000<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com<br>vtiradentes@bayardlaw.com<br><br>*Attorneys for Plaintiff Clouding IP, LLC* |