IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLOUDING IP, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 12-639 (LPS) |
| | ) |
| GOOGLE INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION AND ORDER TO EXTEND TIME

The Parties hereby stipulate and agree, subject to the approval of the Court, to an extension of time for defendant to answer, move or otherwise respond to the Amended Complaint to October 10, 2013.

BAYARD, P.A.

*/s/ Stephen B. Brauerman*

Richard D. Kirk (#922)
Stephen B. Brauerman (#4952)
Vanessa R. Tiradentes (#5398)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com

September 30, 2013

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Paul Saindon*

Jack B. Blumenfeld (#1014)
Paul Saindon (# 5110)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com

*Attorneys for Defendant*

SO ORDERED this _____ day of _____, 2013.

_____
United States District Judge

7608221.1