IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLOUDING IP, LLC, <br><br> V. <br><br> GOOGLE INC. | C.A. No. 12-639-LPS <br><br> **JURY TRIAL DEMANDED** |
| CLOUDING IP, LLC, <br><br> V. <br><br> MOTOROLA MOBILITY LLC | C.A. No. 12-1078-LPS <br><br> **JURY TRIAL DEMANDED** |

**MOTION OF DEFENDANTS GOOGLE INC. AND MOTOROLA MOBILITY LLC TO DISMISS FOR LACK OF STANDING, INCLUDING ON THE BASIS THAT THE PURPORTED ASSIGNMENT OF PATENT RIGHTS TO CLOUDING IP, LLC IS VOID AS CHAMPERTOUS**

Pursuant to Federal Rule of Civil Procedure 12(b)(1), Defendants Google Inc. ("Google") and Motorola Mobility LLC ("Motorola") hereby move, to dismiss the complaints in the above-captioned actions for lack of standing.

The grounds for this motion have been set forth in the Opening Brief of Defendants Amazon.com, Inc. and Amazon Web Services, LLC in Support of Their Motion to Dismiss for Lack of Standing in the related case of *Clouding IP, LLC v. Amazon.com, Inc. et al.*, C.A. No. 12-641-LPS (the "Amazon Case."), and as additionally argued in the brief filed herewith. Because Clouding IP, LLC's complaint in the Amazon Case suffers from the same standing defect as the complaints against Google and Motorola in these cases, Google and Motorola rely upon and incorporate herein the arguments set forth in Amazon's opening brief (D.I. 113 in C.A. No. 12-641-LPS) in addition to the supplemental arguments set forth in the brief filed herewith.

OF COUNSEL:

Michael A. Berta
ARNOLD & PORTER LLP
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4024
(415) 471-3100

Jennifer Sklenar
Marco J. Martemucci
ARNOLD & PORTER LLP
44th Floor
777 South Figueroa Street
Los Angeles, CA 90017-5844
(213) 243-4000

September 30, 2013

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
Paul Saindon (# 5110)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on September 30, 2013, upon the following in the manner indicated:

Richard D. Kirk, Esquire                                             *VIA ELECTRONIC MAIL*
Stephen B. Brauerman, Esquire
Vanessa R. Tiradentes, Esquire
BAYARD, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE  19801

Marc. A. Fenster, Esquire                                           *VIA ELECTRONIC MAIL*
Jaspal S. Hare, Esquire
Dorian S. Berger, Esquire
Brian Ledahl, Esquire
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA  90025

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)