**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CLOUDING IP, LLC,<br>        Plaintiff,<br>    v.<br>GOOGLE, INC.,<br>        Defendant. | C.A. No. 12-639-LPS |
| CLOUDING IP, LLC,<br>        Plaintiff,<br>    v.<br>AMAZON.COM, INC. AND<br>AMAZON WEB SERVICES, LLC,<br>        Defendants. | C.A. No. 12-0641-LPS |
| CLOUDING IP, LLC,<br>        Plaintiff,<br>    v.<br>RACKSPACE HOSTING, INC. ET AL.,<br>        Defendants. | C.A. No. 12-0675-LPS |
| CLOUDING IP, LLC,<br>        Plaintiff,<br>    v.<br>MOTOROLA MOBILITY, LLC,<br>        Defendant. | C.A. No. 12-1078-LPS |

**STIPULATED ORDER**

WHEREAS, the current Scheduling Order provides for claim construction submissions beginning in October 2013 with a hearing scheduled for December 20, 2013 (D.I. Nos. 28 and 66 in C.A. No. 12-638)

WHEREAS, Clouding has proposed coordinated Markman proceedings between Defendants Amazon.com, Inc., Amazon Web Services LLC, Google Inc., Motorola Mobility

{00790377;v1}

LLC, Rackspace Hosting, Inc., Rackspace US, Inc. and Jungle Disk, LLC (collectively "Defendants") and related, later-filed cases for April 2014 (*see* D.I. 106 in C.A. No. 12-641);

WHEREAS, the Court noted during the September 16, 2013 conference that these cases are amenable to a single Markman hearing; and

WHEREAS, the parties respectfully request relief from the current Markman deadlines, including submission of the joint claim construction chart and claim construction briefing, pending consideration and final determination by the Court of an appropriate Markman schedule; now therefore,

IT IS HEREBY STIPULATED AND AGREED, subject to the order and approval of the Court, that all Markman deadlines shall be deemed suspended and compliance therewith shall not be required pending resolution by the Court of plaintiff's scheduling request.

| BAYARD, P.A. | MORRIS, NICHOLS, ARSHT & TUNNEL LLP |
|---|---|
| */s/ Stephen B. Brauerman* | */s/ Jack B. Blumenfeld* |
| _____ | _____ |
| Richard D. Kirk (#922) | Jack B. Blumenfeld (#1014) |
| Stephen B. Brauerman (#4952) | 1201 North Market Street |
| Vanessa R. Tiradentes (#5398) | P.O Box 1347 |
| 222 Delaware Avenue, Suite 900 | Wilmington, DE  19899 |
| Wilmington, DE  19801 | (302) 658-9200 |
| (302) 655-5000 | jblumenfeld@mnat.com |
| rkirk@bayardlaw.com | |
| sbrauerman@bayardlaw.com | *Attorneys for Defendant Google Inc. and* |
| vtiradentes@bayardlaw.com | *Motorola Mobility LLC* |
| | |
| *Attorneys for Plaintiff* | |

ASHBY & GEDDES

*/s/ Lauren E. Maguire*

_____
Steven J. Balick (#2114)
Lauren E. Maguire (#4261)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
lmaguire@ashby-geddes.com
amayo@ashby-geddes.com

*Attorneys for Defendants*
*Amazon.com, Inc., Amazon Web Services LLC,*
*Rackspace Hosting, Inc., Rackspace US Inc., and*
*Jungle Disk LLC*

       SO ORDERED this _____ day of _____, 2013

                                              _____
                                              United States District Judge