**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CLOUDING IP, LLC,<br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>GOOGLE INC.,<br>　　　　　Defendant. | C.A. No. 12-639-LPS |
| CLOUDING IP, LLC,<br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>MOTOROLA MOBILITY LLC,<br>　　　　　Defendant. | C.A. No. 12-1078-LPS |
| CLOUDING IP, LLC,<br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>AMAZON.COM, INC. and<br>AMAZON WEB SERVICES, LLC,<br>　　　　　Defendants. | C.A. No. 12-641-LPS |
| CLOUDING IP, LLC,<br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>RACKSPACE HOSTING, INC.,<br>RACKSPACE US, INC., and<br>JUNGLE DISK, LLC,<br>　　　　　Defendants. | C.A. No. 12-675-LPS |

**STIPULATED ORDER**

WHEREAS, the Scheduling Order provides for the substantial completion of document

production by October 11, 2013 (*see, e.g.,* D.I. No. 20 in C.A. No. 12-1078);

WHEREAS, the parties have agreed that defendants will commence producing pertinent source code prior to November 8, 2013 and substantially complete the production of pertinent source code on or before that same date;

WHEREAS, the Stipulation to Revise Scheduling Order (*see, e.g.,* D.I. No. 57 in C.A. No. 12-639) provides for an Interim Status Report on the nature of matters in issue and the progress of discovery to date to be filed on October 16, 2013;

WHEREAS, the parties respectfully request a 30 day extension to each of the current deadlines set for the substantial completion of document production and the filing of an Interim Status Report; now therefore,

IT IS HEREBY STIPULATED AND AGREED, subject to the order and approval of the Court, that document production shall be substantially complete on or before November 11, 2013, pertinent source code shall be produced prior to November 8, 2013 and substantially complete on or before that same date, and the parties shall submit an interim status report letter to the Court on November 18, 2013.

BAYARD, P.A.

*/s/ Stephen B. Brauerman*

_____
Stephen B. Brauerman (#4952)
222 Delaware Avenue
Suite 900
Wilmington, DE 19899
(302) 655-5000
sbrauerman@bayardlaw.com
    *Attorneys for Plaintiff Clouding IP LLC*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

_____
Jack B. Blumenfeld (#1014)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
    *Attorneys for Defendant Google Inc. and*
    *Motorola Mobility LLC*

ASHBY & GEDDES

*/s/Lauren E. Maguire*

_____
Steven J. Balick (#2114)
Lauren E. Maguire (#4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com

    *Attorneys for Defendants Amazon.com,*
    *Inc., Amazon Web Services, LLC,*
    *Rackspace Hosting, Inc., Rackspace US*
    *Inc., and Jungle Disk LLC*

October 11, 2013

7664938.1

IT IS SO ORDERED THIS ___ day of _____, 2013.

_____
The Honorable Leonard P. Stark
United States District Judge